BASKIN, Judge
(dissenting).
Because, in my view, petitioners waived the accountant-client privilege in regard to some, and therefore all, communications on the subject, I decline to limit production of the requested records. See Weil v. Investment/Indicators, Research & Management, Inc., 647 F.2d 18 (9th Cir.1981); Smith v. Alyeska Pipeline Serv. Co., 538 F.Supp. 977 (D.Del.1982), aff'd, 758 F.2d 668 (Fed.Cir.1984), cert. denied, 471 U.S. 1066, 105 S.Ct. 2142, 85 L.Ed.2d 499 (1985); § 90.507, Fla.Stat. (1985).